BRITTANY CHALAYNE
JOHNSON,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-3237

Opinion filed November 7, 2014.

An appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

Susanne K. Sichta and Meredith Charbula of Arnold and Sichta, Jacksonville, for
Appellant.

Pamela Jo Bondi, Attorney General, Jennifer J. Moore and Wesley Paxson, III,
Assistant Attorneys General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

PADOVANO, THOMAS, and CLARK, JJ., CONCUR.